Ignacia S. Moreno, Assistant Attorney General
John H. Martin III, Trial Attorney (CO # 32667)
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
(303) 844-1383
(303) 844-1350 (fax)
john.h.martin@usdoj.gov

Attorneys for Defendants


Lauren M. Rule (ISB # 6863)
Kristin F. Ruether (ISB # 7914)
ADVOCATES FOR THE WEST
PO Box 1612
Boise, ID  83701
(208)342-7024
(208)342-8286 (fax)
lrule@advocateswest.org
kruether@advocateswest.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-cv-00611-CWD |
| | ) | |
| DAVID ROSENKRANCE, BLM Challis Field | ) | |
| Office Manager, and BUREAU OF LAND | ) | JOINT STATUS REPORT |
| MANAGEMENT; FRANK GUZMAN, Salmon- | ) | |
| Challis National Forest Supervisor, and UNITED | ) | |
| STATES FOREST SERVICE; BRIAN KELLY, | ) | |
| U.S. Fish & Wildlife Service Snake River Office | ) | |
| Field Supervisor, and U.S. FISH & WILDLIFE | ) | |
| SERVICE; and DAVID MABE, NOAA Fisheries | ) | |

Idaho State Habitat Office Supervisor, and NOAA )
FISHERIES,                                       )
                                                 )
                    Defendants.                  )

     Plaintiff Western Watershed Project and Defendants the U.S. Forest Service; Frank Guzman, Forest Supervisor, Salmon-Challis National Forest; the Bureau of Land Management; David Rosenkrance, BLM Challis Field Office Manager; the U.S. Fish and Wildlife Service; Brian Kelly, State Supervisor of the FWS Idaho Fish and Wildlife Office; NOAA Fisheries; and David Mabe, NOAA Fisheries Idaho State Habitat Director (collectively "Defendants"), by and through their undersigned counsel present this joint status report.

1. On October 26, 2010, the Court entered an Order staying the litigation schedule in this case until December 22, 2010, to permit the parties time to secure the necessary authorization and approvals of their proposed settlement of Plaintiff's claims in this case. (Dkt. # 24). Thereafter, Defendants are to file the administrative record(s) on January 24, 2011. *Id*.

2. Defendants have not yet secured the authorization to execute and file the proposed settlement with the Court. Defendants are making progress toward that point, and are now preparing to submit the proposed settlement agreement to the necessary decision makers at the Department of Justice, along with the recommendations of the Departments of Commerce, Agriculture and the Interior. This approval is the final step in the government's process for approving settlements of litigation. Defendants anticipate, and are hopeful of, securing a final decision from the Department of Justice on the proposed settlement agreement prior to January 24, 2011. Plaintiff has approved the settlement agreement.

3. Plaintiff's counsel has reviewed this stipulation and authorized Defendants' counsel to file this status report jointly and under the signature of all undersigned counsel.

Respectfully submitted this 22nd day of December, 2010.

IGNACIA S. MORENO,
Assistant Attorney General

 /s/ John H. Martin
JOHN H. MARTIN III, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace Suite 370
Denver, CO 80202
(303) 844-1383
(303) 844-1350 (fax)
john.h.martin@usdoj.gov

Attorneys for Defendants


 /s/ Lauren M. Rule
Lauren M. Rule (ISB # 6863)
Kristin F. Ruether (ISB # 7914)
ADVOCATES FOR THE WEST
PO Box 1612
Boise, ID  83701
(208)342-7024
(208)342-8286 (fax)
lrule@advocateswest.org
kruether@advocateswest.org

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Status Report will be e-filed this December 22, 2010, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

 */s/ John H. Martin*
John H. Martin